

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00026-CV

KELLY THOMAS                                                                 APPELLANT

V.

CARL PUGLIESE; SETH JOHNS,                                                   APPELLEES
CMO OF CARL'S HANDYMAN;
AND CULPEPPER PLUMBING &
AIR CONDITIONING, INC.

----------

### FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY
### TRIAL COURT NO. CV-2016-01764

----------

## MEMORANDUM OPINION[1]

----------

This is the fourth appeal brought by appellant Kelly Thomas arising from her pending lawsuit against appellees Carl Pugliese, Seth Johns, and Culpepper Plumbing & Air Conditioning, Inc. As we have with her three prior appeals, we dismiss this appeal.

---

[1]*See* Tex. R. App. P. 47.4.

In 2016, Thomas filed suit against the appellees, alleging that they had performed defective plumbing services at her home. *See Thomas v. Pugliese*, No. 02-17-00423-CV, 2018 WL 547596, at *1 (Tex. App.—Fort Worth Jan. 25, 2018, no pet. h.) (mem. op.) (discussing Thomas's prior appeals against the appellees). On November 28, 2017, the trial court granted the appellees' motion for sanctions against Thomas and warned that it would dismiss her claims "[i]f any [sanctions] payments are not delivered, either timely or in full" to the appellees. To date, the trial court has not dismissed Plaintiff's claims. Thomas attempts to appeal this order for the second time. As we noted in our prior dismissal of Thomas's first attempt to appeal this order, it is not a final or otherwise appealable order. *See id.* at *1–2.

We notified Thomas of our jurisdictional concerns. *See* Tex. R. App. P. 44.3. And although Thomas responded, she did not establish our jurisdiction over her attempted appeal.[2] We dismiss Thomas's appeal for want of jurisdiction.[3] *See* Tex. R. App. P. 42.3, 43.2(f).

PER CURIAM

PANEL: GABRIEL, KERR, and PITTMAN, JJ.

DELIVERED: February 8, 2018

---

[2]She asserted that her claims had been dismissed in the sanctions order; however, they were not.

[3]Because we do not have jurisdiction over this appeal, we dismiss Thomas's motion to transfer as moot.